

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 1061
White Plains, NY 10606

TEL 914 949 2909
FAX 914 949 5424
www.eckertseamans.com

Mark E. Thabet
Direct Dial: 914-949-7016
mthabet@eckertseamans.com

December 10, 2009

**Via Facsimile (212)-805-0426**
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 1 2009

Re: ACR Paper Products, Inc. v. Vineyard Vines
United States District Court Southern District of New York
Docket No.: 09-CV-7547
ESCM File No.: 298352-00002

**MEMO ENDORSED**

Dear Judge Swain:

The parties jointly request an adjournment of the Initial Court Conference scheduled for Friday, December 11, 2009 to allow time for the parties to arrive at a final and full resolution of this matter.

The parties request an adjournment of 30 days or any day thereafter. No previous requests for adjournment have been made.

Should you have any questions, Please contact the undersigned.

Respectfully submitted,

Mark E. Thabet (MT0871)
MET/cg

cc: Vineyard Vines, LLC
37 Brownhouse Rd
Stamford, Connecticut 06902
Fax: (800)-892-3606

*The conference is adjourned to February 19, 2010 at 10:30AM.*

SO ORDERED.
NEW YORK, NY
Dec 9, 2009
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE