# ECKERT SEAMANS

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street
Suite 1061
White Plains, NY 10606

TEL 914 949 2909
FAX 914 949 5424
www.eckertseamans.com

Steven R. Kramer
Direct Dial: 914-949-3760
skramer@eckertseamans.com

April 14, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 15 APR 2010

**MEMO ENDORSED**

<u>Via Facsimile With Permission (212)-805-0426</u>
Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *ACR Paper Products, Inc. v. Vineyard Vines*
        United States District Court Southern District of New York
        Docket No.: 09-CV-7547
        ESCM File No.: 298352-00002

Dear Judge Swain:

We represent plaintiff in this case. We have been advised defendant plans to tender the amount in dispute on April 16th. The reason why the tender is being made on that date is defendant's principal has been out of the country on business and returns to the United States late on the 15th.

On behalf of both parties, we request a few days adjournment of the initial conference scheduled for April 16th.

Respectfully submitted,

Steven R. Kramer [SRK 2097]

cc: <u>Via Facsimile (800)-892-3606</u>
    Vineyard Vines, LLC
    37 Brownhouse Rd
    Stamford, Connecticut 06902

*The conference is adjourned to May 7, 2010, at 12:45pm and the related deadlines are modified accordingly.*

SO ORDERED.

4/15/2010
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

WHITE PLAINS NY   PITTSBURGH PA   HARRISBURG, PA   PHILADELPHIA, PA   BOSTON, MA   WASHINGTON, DC
WILMINGTON, DE   MORGANTOWN, WV   SOUTHPOINTE, PA

{V0050311.1}